JAMES McKNIGHT, JR., an Infant, by JAMES McKNIGHT, his Guardian ad Litem, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*McKnight* v. *City of New York*, 98 App. Div. 622, appeal dismissed.
(Argued June 7, 1905; decided June 9, 1905.)

APPEAL from a judgment entered December 5, 1904, upon an order of the Appellate Division of the Supreme Court in the first judicial department overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division and directing that the complaint be dismissed.

*J. Brownson Ker* and *M. P. O'Connor* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly, Terence Farley* and *Thomas F. Noonan* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.